In the Matter of the Estate of ALEXANDER NEWTON, Deceased.

EUPHEMIA G. NEWTON, as Committee of DAVID NEWTON, an Incompetent Person, et al., Appellants; AMERICAN SURETY COMPANY OF NEW YORK, Respondent.

Argued March 4, 1941; decided April 17, 1941.

*Frederick A. Keck, Frank B. Devlin* and *Fred L. Gross* for appellants.

*Mahlon A. Freeman* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.